

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2010 Grand Jury

| UNITED STATES OF AMERICA, | ) | No. CR 10- **CR 10 00460** |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | [18 U.S.C. §§ 2252A(a)(2)(A), (b)(1): Receipt of Child Pornography; 18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| MARTIN ALEXANDER PARROTT, | ) | |
| Defendant. | ) | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. §§ 2252A(a)(2)(A), (b)(1)]

Between on or about October 9, 2007, and on or about October 15, 2007, in Los Angeles County, within the Central District of California, defendant MARTIN ALEXANDER PARROTT knowingly received a digital video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), entitled "Alex2friendssleepover.mpg", that had been shipped and

//

//

YG:yg

transported in interstate and foreign commerce by any means, including by computer, knowing that the video was child pornography.

COUNT TWO

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

Between on or about June 25, 2007, and on or about October 9, 2007, in Los Angeles County, within the Central District of California, defendant MARTIN ALEXANDER PARROTT ("PARROTT") knowingly possessed in an e-mail account at least one video of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, knowing that the videos were child pornography. The videos of child pornography possessed by defendant PARROTT include at least one of the following:

//
//
//
//
//
//
//
//
//
//
//
//
//

1.  Chris_%12yo_bo.mpg
2.  nh B ORCHID KDV 15 3 7mb.wmv
3.  corey6.mpg
4.  makes you want.wmv
5.  i.mpg
6.  Wzz001.mpg
7.  bill%26billsampl.wmv

A TRUE BILL

/s/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*[signature]*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Acting Chief, Violent and Organized Crime Section

YVONNE L. GARCIA
Assistant United States Attorney
Violent and Organized Crime Section

4